Certificate Number: 00301-PAE-DE-032020385

Bankruptcy Case Number: 18-16339



00301-PAE-DE-032020385

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 11, 2018</u>, at <u>4:57</u> o'clock <u>PM EST</u>, <u>SHANNON L DUARTE</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    December 11, 2018              By:     /s/Jimmy Arreaga

                                        Name:   Jimmy Arreaga

                                        Title:  Certified Bankruptcy Counselor